## Case No. 6,329.

### In re HEIRSCHBERG.

[The case reported under above title in 1 N. B. R. 642 (Quarto, 195), and 1 Am. Law T. Rep. Bankr. 123, is the same as Case No. 6,530.]

## HEIRS OF.

[Note. Cases cited under this title will be found arranged in alphabetical order under the names of the decedents; e. g. "Heirs of Barker v. Barker's Assignee." See Barker v. Barker's Assignee.]

HEISE (TRUNDLE v.). See Case No. 14,207.

HEISER (FRANKLIN v.). See Case No. 5,054.

HEISKELL (SMITH v.). See Case No. 13,-056.

HEISSENBUTTEL (McGOVERN v.). See Case No. 8,805.